# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| URVASHI BHAGAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1515 (CMH/MSN) |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), Defendants, through undersigned counsel, respectfully submits this Partial Motion to Dismiss the Complaint.

Dated: March 29, 2021

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

*By*: _____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: matthew.mezger@usdoj.gov
*Counsel for Defendants*

OF COUNSEL:
Thomas W. Krause
  *Solicitor*
Maureen D. Queler
Mary L. Kelly
  *Associate Solicitors*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I also caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed to the *pro se* plaintiff as follows:

Urvashi Bhagat
Chief Executive Officer
Asha Nutrition Sciences, Inc.
P.O. Box 1000
Palo Alto, CA 94302

      /s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for Defendants*