**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| URVASHI BHAGAT, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, *et al.*, )<br>)<br>      Defendants. ) | Case No. 1:20-cv-1515 (CMH/MSN) |

## ***ROSEBORO* NOTICE**

Pursuant to Local Rule 7(K), and in accordance with *Roseboro v. Garrison*, 528 F.2d 390 (4th Cir. 1975), Plaintiff is advised that she has the right to file a response opposing the motion accompanying this notice, and that failure to respond may result in the relief requested in this motion—the dismissal of her claims, and/or entry of judgment in favor of the Defendants—being granted. Plaintiff's response must identify all facts stated by the Defendants with which Plaintiff disagrees and must set forth her version of the facts by offering affidavits (i.e., written statements signed before a notary public and under oath) or by filing sworn statements (i.e., bearing a statement that is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by Defendants. Plaintiff's response must be filed, and a copy provided to the Defendants' counsel, within twenty-one (21) days of the date the Defendant's motion is filed. The Defendants' motion was filed on March 29, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I also caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed to the *pro se* plaintiff as follows:

Urvashi Bhagat<br>
Chief Executive Officer<br>
Asha Nutrition Sciences, Inc.<br>
P.O. Box 1000<br>
Palo Alto, CA 94302

                                                          /s/
                                       MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email:  matthew.mezger@usdoj.gov

*Counsel for Defendants*