IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| URVASHI BHAGAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-1515 |
| | ) |
| THE UNITED STATES PATENT AND | ) |
| TRADEMARK OFFICE, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion Strike Motion for Summary Judgement or Stay Proceedings is DENIED. This case is hereby DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 30, 2023