# United States Court of Appeals for the Federal Circuit

---

**URVASHI BHAGAT,**

*Plaintiff-Appellant*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE, KATHERINE K. VIDAL, IN HER OFFICIAL CAPACITY AS UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES,**

*Defendants-Appellees*

---

2023-1545

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-01515-CMH-IDD, Senior Judge Claude M. Hilton.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court